■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO N. BATES, Appellant. [858 NYS2d 626]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered January 5, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY J. HOLMQUIST, Appellant. [858 NYS2d 627]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered April 16, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL L. STOVALL, Appellant. [858 NYS2d 627]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered May 9, 2007. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.